**No. 10-5006. Quincey D. Mitchell, Petitioner v. United States.**

562 U.S. 898, 131 S. Ct. 226, 178 L. Ed. 2d 150, 2010 U.S. LEXIS 6110.

October 4, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 985 A.2d 1125.